116 F.3d 1583
 HUGHES AIRCRAFT COMPANY, Plaintiff-Appellant,
v.
The UNITED STATES, Defendant/Cross-Appellant.
 Nos. 94-5149, 95-5001.
 United States Court of Appeals,
Federal Circuit.
 June 11, 1997.
 
 Kenneth W. Starr, Kirkland & Ellis, Washington, DC, for Plaintiff-Appellant. Of counsel were Philip C. Swain, Jay I. Alexander, and Christopher Landau, Washington, DC; William A. Streff, Jr., Chicago, IL; Victor G. Savikis, Jones, Day, Reavis & Pogue, Los Angeles, CA; and John J. Higgins and Wanda K. Denson-Low, Hughes Aircraft Company, Los Angeles, CA.
 Thomas J. Byrnes, Assistant Director, Commercial Litigation Branch, Civil Division, Department of Justice, Washington, DC, for Defendant/Cross-Appellant. Of counsel were Frank W. Hunger, Assistant Attorney General; Vito J. DiPietro, Director; William C. Bergmann, Janice M. Mueller, Edward H. Rice, and B. Frederick Buchanan, Jr., Attorneys, Department of Justice; and Paul F. McCaul, Attorney, Manhattan Beach, CA.
 On remand from the Supreme Court of the United States.ORDER
 ARCHER, Chief Judge.
 
 
 1
 On June 10, 1997, Hughes Aircraft Company (Hughes) filed a Motion for Leave to File a Motion for Affirmance, or in the Alternative, a Briefing Schedule Following Remand From the Supreme Court. On June 9, 1997, this court issued an order establishing a briefing schedule. It is ORDERED:
 
 
 2
 (1) Hughes' Motion for Leave to File is granted.
 
 
 3
 (2) Hughes' Alternative Motion for a Briefing Schedule is granted to the extent that Hughes requests a new Joint Appendix be filed. The Joint Appendix shall be filed by the parties under the rules of this court no later than September 2, 1997.
 
 
 4
 (3) The balance of Hughes' Motion for Affirmance, or in the Alternative, a Briefing Schedule, is denied as moot.